**FILED**

FEB 09 2017

Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| IN THE MATTER OF THE SEARCH OF 1104 CEDAR STREET, UNIT 2, MISSOULA, MONTANA 59802 | MJ 17- /0 -M-JCL<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, is SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 9th day of February, 2017.

JEREMIAH C. LYNCH
United States Magistrate Judge

1