

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ-17-010-M-JCL |
| 1104 Cedar Street, Unit 2, Missoula, Montana 59802 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of February, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge